1  BARRY J. PORTMAN
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant ROJEL-DELGADO

6

7               UNITED STATES DISTRICT COURT

8               NORTHERN DISTRICT OF CALIFORNIA

9
   UNITED STATES OF AMERICA,      )   No. CR-09-01098 SBA
10                                )
             Plaintiff,            )   STIPULATED REQUEST TO CONTINUE
11                                )   HEARING DATE TO JANUARY 19, 2010
        v.                         )   AND TO EXCLUDE TIME UNDER THE
12                                )   SPEEDY TRIAL ACT AND ORDER
                                   )
13 MARIO ROJEL-DELGADO,            )
                                   )   Hearing Date: December 15, 2009
14           Defendant.            )   Time:         9:00 a.m.
                                   )
15 _____ )

16
        The above-captioned matter is set on December 15, 2009 before this Court for a status
17
   hearing. The parties jointly request that the Court continue the matter to January 19, 2010 at
18
   9:00 a.m., and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§
19
   3161(h)(7)(A) and (B)(iv), between the date of this stipulation and January 19, 2010.
20
        On November 12, 2009, the Grand Jury charged Mr. Rojel-Delgado with being a
21
   deported alien found in the United States, in violation of 8 U.S.C. § 1326. On November 13,
22
   2009, the sitting United States Magistrate Judge arraigned Mr. Rojel-Delgado on the
23
   indictment.
24
        The current status of the case is that the parties are negotiating this matter and anticipate
25
   that there will be a negotiated disposition of the case. In the meantime, the government has
26

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR-09-01098 SBA

1   produced 400 pages of discovery, and the defense is still reviewing and processing the

2   information provided.  For example, the defense requires time to investigate the circumstances

3   regarding Mr. Rojel-Delgado's immigration status and his alleged prior deportation and also

4   needs more time to collect Mr. Rojel-Delgado's prior conviction records to prepare an estimate

5   of his anticipated Guidelines range.  The defense also needs time to research Mr. Rojel-

6   Delgado's offense level under the Guidelines.

7         Finally, defense counsel is unavailable the week of December 14, 2009 due to a trial set

8   before the Honorable Claudia Wilken (*United States v. Beltran-Chavez*, CR-09-228-CW) and

9   will not be in a position to work on this case during that time frame.

10        The requested continuance will allow the defense to complete its review of the

11  discovery, to investigate the underlying facts of the case, and to obtain and review additional

12  records.  It will also give the defense the time necessary to complete legal research.  For these

13  reasons, the parties agree that the failure to grant this continuance would unreasonably deny

14  counsel for defendant the reasonable time necessary for effective preparation, taking into

15  account the exercise of due diligence.  The parties also agree that because of defense counsel's

16  unavailability the week of December 14, 2009, the failure to grant this continuance would

17  unreasonably deny defendant continuity of counsel.

18        The parties further stipulate and agree that the ends of justice served by this continuance

19  outweigh the best interest of the public and the defendant in a speedy trial.  Accordingly, the

20  parties agree that the period of time from the date of this Stipulation to January 19, 2010, should

21  be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§

22  3161(h)(7)(A) and (B)(iv) for continuity of defense counsel and also for effective preparation of

23  defense counsel, taking into account the exercise of due diligence.

24  DATED: December 8, 2009                    /S/
                                            SKYE DAVIS
25                                          Assistant United States Attorney

26  DATED: December 8, 2009                    /S/

ANGELA M. HANSEN
Assistant Federal Public Defender

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

## ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given the defense need to complete its review of the discovery and to investigate the underlying facts of the case and to obtain additional records to calculate defendant's sentencing Guidelines range;

2. Given the defense need to complete legal research to determine defendant's offense level under the Guidelines;

3. Given that these tasks are necessary to the defense preparation of the case and that the failure to grant the requested continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

4. Given that defense counsel is unavailable the week of December 14, 2009 and will not be in a position to work on this case during that time frame, and that the failure to grant this continuance would unreasonably deny defendant continuity of counsel;

5. Given that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial;

Based on these findings, IT IS HEREBY ORDERED that the STATUS date of December 15, 2009, scheduled at 9:00 a.m., before the Honorable Saundra Brown Armstrong, is vacated and reset for January 19, 2010, at 9:00 a.m. It is FURTHER ORDERED that time is excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), from the

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR-09-01098 SBA             3

1  date of this Stipulation to January 19, 2010.

2  DATED:12/15/09

3                                           HON. SAUNDRA BROWN ARMSTRONG
                                         United States District Judge

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR-09-01098 SBA          4