1 | BARRY J. PORTMAN
Federal Public Defender
2 | ANGELA M. HANSEN
Assistant Federal Public Defender
3 | 555 - 12th Street, Suite 650
Oakland, CA 94607-3627
4 | Telephone: (510) 637-3500

5 | Counsel for Defendant ROJEL-DELGADO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-09-01098 SBA |
| ) | |
| Plaintiff, ) | STIPULATED REQUEST TO CONTINUE |
| ) | HEARING DATE TO FEBRUARY 2, 2010 |
| v. ) | AND TO EXCLUDE TIME UNDER THE |
| ) | SPEEDY TRIAL ACT AND ORDER |
| ) | |
| MARIO ROJEL-DELGADO, ) | |
| ) | Hearing Date: January 19, 2010 |
| Defendant. ) | Time:          9:00 a.m. |
| ) | |
| _____ ) | |

The above-captioned matter is set on January 19, 2010 before this Court for a status hearing. The parties jointly request that the Court continue the matter for two weeks to February 2, 2010 at 9:00 a.m., and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), between the date of this stipulation and February 2, 2010.

On November 12, 2009, the Grand Jury charged Mr. Rojel-Delgado with being a deported alien found in the United States, in violation of 8 U.S.C. § 1326. On November 13, 2009, the sitting United States Magistrate Judge arraigned Mr. Rojel-Delgado on the indictment.

The current status of the case is that the parties are negotiating this matter and anticipate

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR-09-01098 SBA

1    that there will be a negotiated disposition of the case.  The government produced 400 pages of

2    discovery, and the defense has completed its review of the discovery but requires additional

3    time to investigate the circumstances regarding Mr. Rojel-Delgado's prior deportation.  The

4    defense needs time to complete its collection of Mr. Rojel-Delgado's prior conviction records to

5    prepare an estimate of his anticipated criminal history category, and it also needs time to

6    complete its legal research regarding the estimated offense level in this case.  The defense

7    anticipates that these tasks will take two weeks to complete.

8         The parties agree that the requested continuance will allow the defense to complete its

9    review of the discovery, to investigate the underlying facts of the case, and to obtain and review

10   additional records.  It will also give the defense the time necessary to complete legal research.

11   For these reasons, the parties agree that the failure to grant this continuance would unreasonably

12   deny counsel for defendant the reasonable time necessary for effective preparation, taking into

13   account the exercise of due diligence.

14        The parties further stipulate and agree that the ends of justice served by this continuance

15   outweigh the best interest of the public and the defendant in a speedy trial.  Accordingly, the

16   parties agree that the period of time from the date of this Stipulation to February 2, 2010, should

17   be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§

18   3161(h)(7)(A) and (B)(iv) for effective preparation of defense counsel, taking into account the

19   exercise of due diligence.

20   DATED: January 14, 2010                 /S/
                                         SKYE DAVIS
21                                       Assistant United States Attorney

22   DATED: January 14, 2010                 /S/
                                         ANGELA M. HANSEN
23                                       Assistant Federal Public Defender

24

   I hereby attest that I have on file all holograph signatures for any signatures indicated by a
25 "conformed" signature (/S/) within this e-filed document.

26

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR-09-01098 SBA            2

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given the defense need to investigate the underlying facts of the prior deportation and to obtain additional records to calculate defendant's criminal history under the Guidelines;

2. Given the defense need to complete legal research to determine defendant's offense level under the Guidelines;

3. Given that these tasks are necessary to the defense preparation of the case and that the failure to grant the requested continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

4. Given that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial;

Based on these findings, IT IS HEREBY ORDERED that the STATUS date of January 19, 2010, scheduled at 9:00 a.m., before the Honorable Saundra Brown Armstrong, is vacated and reset for February 2, 2010, at 9:00 a.m.  It is FURTHER ORDERED that time is excluded pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), from the date of this Stipulation to February 2, 2010.

DATED:_1/15/10

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge