1 BARRY J. PORTMAN
Federal Public Defender
2 ANGELA M. HANSEN
Assistant Federal Public Defender
3 555 - 12th Street, Suite 650
Oakland, CA 94607-3627
4 Telephone:  (510) 637-3500

5 Counsel for Defendant ROJEL-DELGADO

6

7                          UNITED STATES DISTRICT COURT

8                        NORTHERN DISTRICT OF CALIFORNIA

9                                 OAKLAND DIVISION

10 UNITED STATES OF AMERICA,              )      No. CR-09-1098 SBA
                                          )
11              Plaintiff,                )      STIPULATED REQUEST TO CONTINUE
                                          )      HEARING DATE TO APRIL 13, 2010
12        v.                              )      FOR JUDGMENT AND SENTENCING
                                          )      AND TO EXCLUDE TIME UNDER THE
13                                        )      SPEEDY TRIAL ACT AND ORDER
   MARIO ROJEL-DELGADO,                   )
14                                        )      Hearing Date: February 2, 2010
              Defendant.                  )      Time:              9:00 a.m.
15                                        )
   _____)
16

17        The above-captioned matter is set on February 2, 2010 before this Court for status.  The

18 parties jointly request that the Court continue the matter to April 13, 2010 at 10:00 a.m. for

19 judgment, plea and sentencing, and that the Court exclude time under the Speedy Trial Act, 18

20 U.S.C. § 3161(h)(1)(G), between the date of this stipulation and April 13, 2010.

21        Mr. Rojel-Delgado is charged under 8 U.S.C. § 1326 as a deported alien found in the

22 United States.  The parties have reached a Federal Rule of Criminal Procedure 11(c)(1)(C) plea

23 agreement in which the parties agree to a 2-level reduction in Mr. Rojel-Delgado's offense level

24 pursuant to the government's early disposition program ("fast-track" program).

25        The parties request that the Court take the parties' proposed plea agreement under

26 submission and, because it is a "fast-track" agreement, request that the Court refer this matter to

1   the United States Probation Office for a <u>criminal history only</u> pre-sentence investigation.

2          Defense counsel discussed the presentence investigation process with Mr. Rojel-Delgado,

3   and he agrees to a pre-plea investigation.  He also agrees to have the report disclosed to the

4   Court before his plea of guilty.  A signed consent to institute a pre-plea investigation is attached

5   to this stipulation.

6          If the Court agrees to take the parties' proposed agreement under submission, the parties

7   agree that time should be excluded pursuant to 18 U.S.C. § 3161(h)(1)(G) based on the Court's

8   consideration of the proposed plea agreement to be entered into by the defendant and the

9   attorney for the Government.  The parties will submit a copy of the plea agreement with the

10  Court's courtesy copy of this stipulation.  This document will not been e-filed.

11

12  DATED: January 26, 2010                    _____/S/_____
                                              SKYE DAVIS
13                                            Assistant United States Attorney

14
    DATED: January 26, 2010                    _____/S/_____
15                                            ANGELA M. HANSEN
                                              Assistant Federal Public Defender
16

17

18  I hereby attest that I have on file all holograph signatures for any signatures indicated by

19  "conformed" signature (/S/) within this e-filed document.

20

21

22

23

24

25

26

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR-09-1098 SBA            2

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1.      Given that the parties have reached a Rule 11(c)(1)(C) agreement and have submitted that agreement to the Court for consideration;

2.      Given that Mr. Rojel-Delgado has agreed to a pre-sentence investigation and to disclose the report before his plea of guilty;

3.      Given that the parties' plea agreement contemplates a "fast-track" illegal reentry disposition; and

4.      Given that the Court will take the proposed plea agreement under submission until the United States Probation Office can prepare a pre-plea Presentence Investigation Report;

Based on these findings, IT IS HEREBY ORDERED that this matter is referred to the United States Probation Office to prepare a <u>criminal history only</u> pre-plea Presentence Investigation Report.  IT IS FURTHER ORDERED that the status date set for February 2, 2010, scheduled at 9:00 a.m., before the Honorable Saundra Brown Armstrong, is vacated and this matter is reset to April 13, 2010, at 10:00 a.m., for judgment, plea and sentencing.

IT IS FURTHER ORDERED that time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(G), from the date of this Stipulation to April 13, 2010, based on the Court's consideration of the proposed plea agreement to be entered into by defendant and the attorney for the government.

DATED:1/27/10

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge